**Order filed September 13, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00619-CV
_____

### DORA LINDA RODRIGUEZ AND FRANCISCO RODRIGUEZ, Appellants

### V.

### OVATION SERVICE, LLC, Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2014-41901**

## ORDER

On September 7, 2016, appellants filed an affidavit of indigence in this court. Texas Rule of Appellate Procedure 20.1(b)(1) provides that when a statement of inability to afford payment of costs was filed in the trial court, the party's indigence status in the trial court carries forward on appeal. The exception to this rule is when the party files a motion alleging the party's financial circumstances have materially changed since the date of the trial court's order. Tex. R. App. P. 20.1(3).

The clerk's record has not been filed in this appeal. This court has not been advised whether appellants filed a statement of inability to afford payment of costs in the trial court, whether the statement was contested, or the ruling on any contest, if any. To determine appellants' indigent status, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **September 28, 2016.** The **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellants' statement of inability to afford payment of costs; **(5)** the contest(s) to the statement, if any; **(6)** the trial court's order ruling on any contest; and **(7)** any other documents pertaining to the claim of indigence and the contests thereto.


PER CURIAM